IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-071-KDB-DCK

| | |
|---|---|
| HIGHWAY MARKINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MAGNOLIA ADVANCED MATERIALS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Brett M. Becker, concerning Gregory L. Cashion on June 24, 2019. Gregory L. Cashion seeks to appear as counsel *pro hac vice* for Plaintiff Highway Markings, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Gregory L. Cashion is hereby admitted *pro hac vice* to represent Plaintiff Highway Markings, Inc.

**SO ORDERED**.

Signed: June 24, 2019

David C. Keesler
United States Magistrate Judge