IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-071-KDB-DCK

| | |
|---|---|
| HIGHWAY MARKINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAGNOLIA ADVANCED MATERIALS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 13) filed by Donald R. Pocock, concerning Gregory M. Taube, on January 13, 2020. Gregory M. Taube seeks to appear as counsel *pro hac vice* for Defendant Magnolia Advanced materials, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 13) is **GRANTED**. Gregory M. Taube is hereby admitted *pro hac vice* to represent Defendant Magnolia Advanced Materials, Inc.

**SO ORDERED**.

Signed: January 13, 2020

David C. Keesler
United States Magistrate Judge